# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BOILING CRAB FRANCHISE CO., LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KL BOILING CRAWFISH CORPORATION, a Washington corporation; and NGUYEN BOILING CRAWFISH CORPORATION, a Washington corporation,<br><br>Defendants. | CASE NO. C21-293RSM<br><br>ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER |

This matter comes before the Court on the parties' Stipulated Motion for Protective Order. Dkt. #13.

The Court finds that the proposed Protective Order does not conform to the requirement that its "protection from public disclosure and use extends only to the limited information or items that are entitled to confidential treatment under the applicable legal principles" as required by Local Rule 26(c)(2). Under the section entitled Confidential Material, the Court's model protective order instructs: "[t]he parties must include a list of specific documents such as 'company's customer list' or 'plaintiff's medical records;' do not list broad categories of documents such as 'sensitive business material.'" The parties have not followed these

ORDER DENYING STIPULATED MOTION FOR PROTECTIVE ORDER – 1

instructions and instead drafted an order including "a non-exclusive list of documents that… may be designated as "CONFIDENTIAL," including the overly-broad categories of "Documents containing financial information," "Documents containing information related to the marketing, pricing and delivery of the goods or services," and "Documents containing information related to business or legal processes and methods." Dkt. #34 at 2.

Although some specific categories of documents are described, the Court finds that the parties have impermissibly left the door open to labeling a wide variety of documents as confidential. The parties submit no argument to justify this departure from the model protective order's guidelines. Given all of the above, the Motion will be denied.

Having reviewed the briefing, along with the remainder of the record, the Court hereby finds and ORDERS that the parties' Stipulated Motion for Protective Order, Dkt. #13, is DENIED.

DATED this 13th day of May, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE