Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILING CRAB FRANCHISE CO., LLC a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KL BOILING CRAWFISH CORPORATION, a Washington corporation; and NGUYEN BOILING CRAWFISH CORPORATION, a Washington corporation,<br><br>Defendants. | NO. 2:21-CV-00293-RSM<br><br>ORDER |

On November 17, 2021, the parties filed a Stipulation to Extend Discovery and Pretrial Deadlines. (Dkt. #18). The parties' stipulation requests that the Court extend the remaining deadlines identified in this Court's previously issues Pretrial Scheduling Order (Dkt. #15) by 60 days. (Dkt. #18). The parties note there is good cause for the extension due to ensure the details of the matter are fully understood and the parties are fairly represented.

Accordingly, based on the parties' stipulation (Dkt. #18), and finding good cause, the Court hereby ORDERS the following revised pretrial Schedule:

/ / /

/ / /

/ / /

ORDER -1-

| Event | Date |
|---|---|
| Reports of Expert witnesses under FRCP 26(a)(2) due (current 11/17/2021) | 1/17/2022 |
| All motions related to discovery must be filed by this date and noted for consideration no later than the third Friday thereafter (see LCR7(d) (current 12/17/2021) | 2/17/2022 |
| Rebuttal expert disclosures under FRCP 26(a)(2) due (current 12/17/2021) | 2/17/2022 |
| Discovery to be completed by (current 1/18/2022) | 3/18/2022 |
| All dispositive motions and motions to exclude expert testimony for failure to satisfy *Daubert* must be filed pursuant to LCR 7(d) (current 2/15/2022) | 4/15/2022 |
| Mediation per LCR 39.1(c)(3), **if requested by the parties,** held no later than (current 4/1/2022) | 6/1/2022 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter (current 4/18/2022) | 6/17/2022 |
| Agreed pretrial order due (current 5/4/2022) | 7/5/2022 |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exits due (current 5/11/2022) | 7/11/2022 |
| Jury Trial  (current 5/16/2022) | 7/18/2022 |

Dated this 19th day of November, 2021.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER -2-