Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILING CRAB FRANCHISE CO., LLC a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KL BOILING CRAWFISH CORPORATION, a Washington corporation; and NGUYEN BOILING CRAWFISH CORPORATION, a Washington corporation,<br><br>Defendants. | NO. 2:21-CV-00293-RSM<br><br>ORDER |

On January 14, 2022, the parties filed a Stipulation to Extend Discovery and Pretrial Deadlines. (Dkt. #20). The parties' stipulation requests that the Court extend the expert witness deadline identified in this Court's previously issued Pretrial Scheduling Order (Dkt. #19) by 30 days, along with the rebuttal witness disclosure deadline. (Dkt. #20). The parties note there is good cause for the extension due to ensure the details of the matter are fully understood and the parties are fairly represented.

//

//

//

//

ORDER -1-

Accordingly, based on the parties' stipulation (Dkt. #20), and finding good cause, the Court hereby ORDERS that Reports of Expert witnesses under FRCP 26(a)(2) (current 1/17/2022) is extended to 2/17/2022, and Reports of Rebuttal witnesses (current 2/17/2022) is extended to 3/17/2022. All other deadlines remain as set in the Court's November 19, 2021 Order (Dkt. # 19.)

Dated this 19th day of January, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER -2-