The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILING CRAB FRANCHISE CO., LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KL BOILING CRAWFISH CORPORATION, a Washington corporation; and NGUYEN BOILING CRAWFISH CORPORATION, a Washington corporation,<br><br>Defendants. | No. 2:21-cv-00293-RSM<br><br>STIPULATED ORDER GRANTING LEAVE TO AMEND THE COMPLAINT<br><br>NOTE ON MOTION CALENDAR: March 4, 2022<br><br>WITHOUT ORAL ARGUMENT |

Before the Court is the Parties' Stipulated Motion to for Leave to Amend the Complaint. Pursuant to FRCP 15, the Parties' Stipulated Motion, and the good cause shown for the amendment, it is hereby ORDERED that the Stipulated Motion is Granted.  Within 14 days, the Plaintiff may file its First Amended Complaint in the form attached as Exhibit A to the Stipulated Motion.

DATED this 7th day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATED ORDER GRANTING LEAVE TO AMEND
THE COMPLAINT (2:21-cv-00293-RSM) - 1
4879-0912-2066v.1 0095014-000108

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

Presented by:

| DAVIS WRIGHT TREMAINE LLP | MCGAUGHEY BRIDGES DUNLAP, PLLC |
|---|---|
| By: */s Rachel Herd/* <br> Rachel Herd, WSBA #50339 <br> Davis Wright Tremaine LLP <br> 920 Fifth Avenue, Suite 3300 <br> Seattle, WA 98104 <br> Tel: 206.757.8271 <br> rachelherd@dwt.com <br><br> By: */s Steven E. Klein/* <br> Steven E. Klein, *pro hac vice* <br> Davis Wright Tremaine LLP <br> 1300 SW Fifth Avenue, Suite 2400 <br> Portland, OR 97201 <br> Tel: 503.778.5311 <br> stevenklein@dwt.com <br><br> ***Attorneys for Plaintiff*** | By: */s Shellie McGauhey/ (by permission)* <br> Shellie McGaughey, WSBA #16809 <br> McGaughey Bridges Dunlap, PLLC <br> 3131 Western Ave, Suite 410 <br> Seattle, WA 98121 <br> Tel: 425.462.4000 <br> shellie@mcbdlaw.com <br><br> ***Attorneys for Defendants*** |

STIPULATED ORDER GRANTING LEAVE TO AMEND
THE COMPLAINT (2:21-cv-00293-RSM) - 2
4879-0912-2066v.1 0095014-000108