The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILING CRAB FRANCHISE CO., LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KL BOILING CRAWFISH CORPORATION, a Washington corporation; and NGUYEN BOILING CRAWFISH CORPORATION, a Washington corporation,<br><br>Defendants. | No. 2:21-cv-00293-JHC<br><br>**ORDER EXTENDING DEADLINE TO FILE MOTIONS IN LIMINE**<br><br>NOTE ON MOTION CALENDAR: June 13, 2022 |

THIS MATTER came before the Court on the parties Stipulation to Extend Deadline to File Motions In Limine. Based on the parties' stipulation and finding good cause, the Court hereby ORDERS that all motion in limine must be filed by June 21, 2022 and noted on the motion calendar no later than that THIRD Friday thereafter.

SO ORDERED this 13th day of June, 2022.

*John H. Chun*
The Honorable John H. Chun
United States District Judge

ORDER (2:21-cv-00293-JHC)

Presented by:

DAVIS WRIGHT TREMAINE LLP

By: /s Rasheed M. McWilliams/
Rasheed M. McWilliams, *pro hac vice*
Heming Xu, *pro hac vice*
Davis Wright Tremaine LLP
865 S. Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: 213.633.8620
rasheedmcwilliams@dwt.com
hemingxu@dwt.com

By: /s Rachel Herd/
Rachel Herd, WSBA #50339
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104
Tel: 206.757.8271
rachelherd@dwt.com

Steven E. Klein, *pro hac vice*
Davis Wright Tremaine LLP
1300 SW Fifth Avenue, Suite 2400
Portland, OR 97201
Tel: 503.778.5311
stevenklein@dwt.com

*Attorneys for Plaintiff*

McGAUGHEY BRIDGES DUNLAP, PLLC

By: /s Michael Kyllo/
Shellie McGaughey, WSBA #16809
Michael Kyllo, WSBA #51412
McGaughey Bridges Dunlap, PLLC
3131 Western Ave., Suite 410
Seattle, WA 98121
Ph: 425-462-4000
shellie@mcbdlaw.com
mike@mcbdlaw.com

*Attorneys for Defendants*

ORDER (2:21-cv-00293-JHC)

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax