UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BOILING CRAB FRANCHISE CO., LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>KL BOILING CRAWFISH CORPORATION, a Washington corporation; and NGUYEN BOILING CRAWFISH CORPORATION, a Washington corporation,<br><br>Defendants. | No. 2:21-cv-00293-JHC<br><br>**ORDER RE: PLAINTIFF BOILING CRAB FRANCHISE CO., LLC'S MOTION TO EXCLUDE THE TESTIMONY AND REPORT DEFENDANTS' EXPERT WILLIAM O. BEARDEN** |

THIS MATTER comes before the Court on Plaintiff Boiling Crab Franchise Co., LLC's Motion to Exclude the Testimony and Report of Defendant's Expert William O. Bearden. Dkt. # 39. The Court has considered the materials submitted in support of and in opposition to the motion. The Court DENIES the motion.[1] This ruling is without prejudice as to any objection Plaintiff may properly make, during Bearden's testimony at trial, as to any opinion on an ultimate issue of law.

---

[1] Plaintiff moves to strike the Declaration of William Bearden in Opposition to Motion to Exclude (Dkt. # 51). Dkt. # 56 at 6 n.3. This declaration did not affect the Court's analysis regarding the motion to exclude. Accordingly, the Court STRIKES the motion to strike as moot.

ORDER RE: PLAINTIFF BOILING CRAB
FRANCHISE CO., LLC'S MOTION TO
EXCLUDE THE TESTIMONY AND
REPORT DEFENDANTS' EXPERT
WILLIAM O. BEARDEN - 1

1 | Dated this 28th day of June, 2022.

_John H. Chun_
Judge John H. Chun

27 | ORDER RE: PLAINTIFF BOILING CRAB FRANCHISE CO., LLC'S MOTION TO EXCLUDE THE TESTIMONY AND REPORT DEFENDANTS' EXPERT WILLIAM O. BEARDEN - 2